# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

DANIEL CASARES,
PLAINTIFF,
v.
OFFICER BERNAL, Star No. 12254, et al.,
DEFENDANTS.

Case Number:

FILED: JULY 24, 2008
08CV4198
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN
⊞ EDA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF DANIEL CASARES

| |
|---|
| NAME (Type or print)<br>Erica E. Faaborg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Erica E. Faaborg |
| FIRM<br>Horwitz, Richardson, & Baker, LLC. |
| STREET ADDRESS<br>20 S. Clark Street, Suite 500 |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291537 | TELEPHONE NUMBER<br>(312) 676-2100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐