**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| DANIEL CASARES, PLAINTIFF, v. OFFICER BERNAL, Star No. 12254, et al., DEFENDANTS. | FILED: JULY 24, 2008 08CV4198 JUDGE LINDBERG MAGISTRATE JUDGE BROWN DA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 PLAINTIFF DANIEL CASARES

| |
|---|
| NAME (Type or print)<br> Rachelle Sorg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Rachelle Sorg |
| FIRM<br> HORWITZ, RICHARDSON & BAKER, LLC |
| STREET ADDRESS<br> 20 S. Clark St., Suite 500, Chicago, Illinois 60603 |
| CITY/STATE/ZIP<br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287455 | TELEPHONE  NUMBER<br> (312) 676-2100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| | | |
|---|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐