**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DANIEL CASARES, PLAINTIFF, v. OFFICER BERNAL, Star No. 12254, et al., DEFENDANTS. | FILED: JULY 24, 2008<br>08CV4198<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE BROWN<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF DANIEL CASARES

| NAME (Type or print) |
|---|
| Sean Baker |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Sean Baker |

| FIRM |
|---|
| HORWITZ, RICHARDSON & BAKER, LLC |

| STREET ADDRESS |
|---|
| 20 S. Clark St., Suite 500, Chicago, Illinois 60603 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6224417 | (312) 676-2100 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐