## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08v4198         Assigned/Issued By: j. n.

Judge Name: lindberg         Designated Magistrate Judge: brown

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP        [ ] No Fee   [ ] Other ____
             [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                Receipt #: 2962291

Date Payment Rec'd: 7-24-08     Fiscal Clerk: j. n.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   
                                         *(Victim, Against and $ Amount)*
[ ] Citation to Discover Assets          [ ] Other
[ ] Writ _____                  
     *(Type of Writ)*                    *(Type of issuance)*

8 Original and 0 copies on 7/24/08 as to all defendants
                         *(Date)*