08CV4198
JUDGE LINDBERG
MAGISTRATE JUDGE BROWN
EDA

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL CASARES,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER BERNAL, Star No. 12254, OFFICER SZUBSKI, Star No. 4443, OFFICER VERDIN, Star No. 2913, OFFICER LEACH, Star No. 4927, OFFICER WILLIAMS, Star No. 2999, OFFICER CALVO, Star No. 15753, OFFICER PARTYKA, Star No. 10596, and the CITY OF CHICAGO,<br><br>    Defendants. | **SUMMONS**<br><br>No.  O8 CV 4198<br><br>Judge<br>Magistrate Judge |

To: OFFICER CALVO, Star No. 15753
c/o Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

_Esperanza Arnold_                                              July 24, 2008
(By) DEPUTY CLERK                                               Date



AO 440 (Rev. 8/01) Summons in a Civil Action   08 cv 4198

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾    Date: 7/25/08

NAME OF SERVER (PRINT): Dan Corbett    TITLE: Investigator

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. Calvo c/o Patricia Martin
3510 S. Michigan Ave.
Chicago, IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  7/25/08
Date

Signature of Server

Address of Server: c/o Metro Service Inc. 4647 W 103rd St
Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.