AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL CASARES,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER BERNAL, Star No. 12254,<br>OFFICER SZUBSKI, Star No. 4443, OFFICER<br>VERDIN, Star No. 2913, OFFICER LEACH,<br>Star No. 4927, OFFICER WILLIAMS, Star No.<br>2999, OFFICER CALVO, Star No. 15753,<br>OFFICER PARTYKA, Star No. 10596, and the<br>CITY OF CHICAGO,<br><br>    Defendants.<br><br>To: OFFICER LEACH, Star No. 4927<br>c/o Chicago Police Headquarters<br>3510 S. Michigan Ave.<br>Chicago, IL 60653 | SUMMONS<br>No.<br><br>Judge<br>Magistrate Judge | 08CV4198<br>JUDGE LINDBERG<br>MAGISTRATE JUDGE BROWN<br>EDA |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*Esperanza Arnold*

(By) DEPUTY CLERK



July 24, 2008

Date

Received Fax : Aug 07 2008 3:11PM Fax Station : Law Offices p. 13
Case 1:08-cv-04198 Document 14 Filed 08/18/2008 Page 2 of 2

Jun 13 08 01:53p  -Law Offices                                    312-372-7076                    p.20

08 CV 4198

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | Date 7/25/08 |
|---|---|
| NAME OF SERVER (PRINT) Dan Corbett | TITLE Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. Leach c/o Patricia Martin
3510 S. Michigan Ave.
Chicago, IL 60653

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 7/25/08
            Date

Signature of Server  D. Cbtt

c/o Metro Service Inc. 4647 W 103rd St
Address of Server            Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.