U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 4198 |
|---|---|
| CASARES v. OFFICER BERNAL, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OFFICER BERNAL, OFFICER SZUBSKI, OFFICER VERDIN, OFFICER LEACH, OFFICER WILLIAMS, OFFICER CALVO, OFFICER PARTYKA, CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print) SANJAY PATEL | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ SANJAY PATEL | |
| FIRM CITY OF CHICAGO - LAW DEPARTMENT | |
| STREET ADDRESS 1400 S. LASALLE STREET, SUITE 1400 | |
| CITY/STATE/ZIP CHICAGO / IL / 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6272840 | TELEPHONE NUMBER 312-742-3902 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |