IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL CASARES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 4198 |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER BERNAL, Star No. 12254, | ) | Judge Lindberg |
| OFFICER SZUBSKI, Star No. 4443, OFFICER | ) | |
| VERDIN, Star No. 2913, OFFICER LEACH, | ) | Magistrate Judge Brown |
| Star No. 4927, OFFICER WILLIAMS, Star No. | ) | |
| 2999, OFFICER CALVO, Star No. 15753, | ) | |
| OFFICER PARTYKA, Star No. 10596, and the | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE**

To:   Horwitz, Richardson &Baker
      20 S. Clark St., suite 500
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER**.

PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge LINDBERG, or before such other Judge sitting in his place or stead, on **9-3-08 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, in **Courtroom 1425** United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 9-3-08, in accordance with the rules on electronic filing of documents

Respectfully submitted,
/s/  **SanjayPatel**
SANJAY H. PATEL
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 1400
CHICAGO, ILLINOIS  60602
(312) 742-3902
ATTORNEY NO. 06272840