# Exhibit A

```
 1              Can you say sitting here today testifying
 2    under oath that you copied the words from the case
 3    report to the arrest report?
 4        A.    From memory, no.
 5        Q.    Can you say based upon what you know
 6    regardless of if it's from memory as to whether or not
 7    you copied the words from the case report to the arrest
 8    report?
 9        A.    I believe that I did.
10        Q.    And you believe that you had based upon what?
11        A.    Well, the error that's in the case report is
12    also in the arrest report, and the wording is quite
13    similar.
14        Q.    Okay.  After Dan Casares was handcuffed, did
15    you have any conversations with him?
16              Can I have the documents back, please?
17        A.    Yes.  Sorry.
18        Q.    No problem.
19        A.    Yes.
20        Q.    When?
21        A.    In the hospital.
22        Q.    What did you say to him?  What did he say to
23    you in the hospital?
24        A.    I remember him being apologetic.
```

```
 1      Q.   Anything else?
 2      A.   In the ambulance ride to the hospital, he said
 3  that -- that he would hit my partner again next time he
 4  saw her and that he would get his boys and come over and
 5  rape my daughter while I watched.
 6      Q.   Anything else?
 7      A.   I don't believe so, no.
 8      Q.   Did you notice at any time whether or not Dan
 9  Casares smelled of alcohol?
10      A.   I believe he did.
11      Q.   Are you assuming that he did, or are you
12  recollecting?
13      A.   No.  In the ambulance, I remember.
14      Q.   Did you ever make a note of that?
15      A.   No.
16      Q.   All right.  Short break.
17               (A short break was had.)
18  BY MR. HORWITZ:
19      Q.   Anything else -- Strike that.
20           All right.  So you're saying sitting here
21  today now you remember smelling alcohol on Dan?
22      A.   Yes.
23      Q.   Why didn't you write that in your report?
24      A.   I didn't feel that it was pertinent at the
```

Case: 1:08-cv-04198 Document #: 208-1 Filed: 04/29/11 Page 4 of 4 PageID #:1089

Page 114

```
 1    time to the battery.
 2        Q.   Well, why didn't you fill out a report
 3    indicating that he had made a threat to your daughter?
 4        A.   Why didn't I?
 5        Q.   Yeah.  Why didn't you fill out a criminal
 6    complaint against him?
 7        A.   I don't have a daughter, and I included it in
 8    the case report.
 9        Q.   Why didn't you fill out a criminal complaint
10    about that, that he made a threat to a family member of
11    yours?
12        MR. RADIA:  Objection, asked and answered.
13    BY THE WITNESS:
14        A.   I don't have a daughter, so it didn't make
15    sense to me.
16        Q.   But he clearly made a threat to somebody in
17    your family, right?
18        A.   And I documented it in the case report.
19        Q.   He clearly made a threat to somebody in your
20    family, right?
21        MR. RADIA:  Objection, assumes facts not in
22    evidence, asked and --
23    BY MR. HORWITZ:
24        Q.   Officer, do not go to where you think I'm
```