# EXHIBIT A

1

```
 1   IN THE MATTER OF:          )
 2   THE CITY OF CHICAGO        )
 3          Petitioner,         )
 4     -VS-                     )  No. 06 VP 017231
 5   DANIEL CASARES,            )
 6          Respondent.         )
 7
 8
 9          Transcript of tape recording made at
10   the hearing in the above-entitled cause, heard
11   at the Central Hearing Facility, 400 West
12   Superior Street, Chicago, Illinois, before
13   HEARING OFFICER LEAH M. TRINKALA, on the 21st
14   day of November, 2006, at 3:00 p.m., certified
15   for accuracy except as to portions noted as
16   inaudible.
17
18
19
20
21
22
23
24
```

```
 1   PRESENT:
 2        A City Attorney appeared on behalf of the
 3        Plaintiff;
 4
 5        LAW OFFICES OF J. NICOLAS ALBUKERK
 6        (3025 West 26th Street, 2nd Floor
 7         Chicago, IL  60623
 8        (773)847-2600)
 9        BY:  MR. J. NICOLAS ALBUKERK,
10             appeared on behalf of the Defendant.
11
12
13   TRANSCRIBED BY:  MARCY FEINBERG, C.S.R.,
14                    C.S.R. Certificate No. 84-823.
15
16
17
18
19
20
21
22
23
24
```

| | | |
|---|---|---|
| 1 | Cadillac? | 00:14:38 |
| 2 | A.   I seen markings of blood, not puddles. | 00:14:38 |
| 3 | Q.   My client's sister was there, correct? | 00:14:48 |
| 4 | A.   Tell me her name. | 00:14:54 |
| 5 | Q.   Her name was -- one second. Karina. | 00:14:56 |
| 6 | Heavyset woman. | 00:15:04 |
| 7 | A.   Correct. | 00:15:04 |
| 8 | Q.   What was Karina doing at the scene | 00:15:06 |
| 9 | next to my client? | 00:15:08 |
| 10 | A.   She was placed in custody because she | 00:15:10 |
| 11 | was screaming, chanting, pretty much roughing | 00:15:14 |
| 12 | everyone up that was coming out of the home | 00:15:18 |
| 13 | right there, so she was placed in custody. | 00:15:20 |
| 14 | Q.   Wasn't Karina screaming, "My brother | 00:15:24 |
| 15 | is a quadriplegic. Please don't hit him"? | 00:15:26 |
| 16 | A.   I do not recall, no. | 00:15:30 |
| 17 | Q.   What was she screaming? | 00:15:32 |
| 18 | A.   Something about a gun. | 00:15:34 |
| 19 | Q.   Something about a gun? What was she | 00:15:34 |
| 20 | saying? Was she saying, "Officer, please don't | 00:15:38 |
| 21 | put the gun in my brother Daniel's face"? Was | 00:15:40 |
| 22 | she screaming that? | 00:15:46 |
| 23 | A.   No. | 00:15:48 |
| 24 | Q.   What was she screaming? | 00:15:48 |